In the Matter of MAMARONECK COMMODORE, INC., et al., Appellants, against L. HAROLD BAYLY et al., Constituting the Board of Appeals of the Village of Mamaroneck, Respondents.

(Argued June 14, 1932; decided July 19, 1932.)

*Arthur L. Barton* for appellants.

*Anthony Sansone* for respondents.

*Edgar M. Souza* and *Thomas Epstein* for Beach Point Club et al., *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not voting: LEHMAN, J.